# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA<br><br>         Plaintiff,<br><br>         v.<br><br>GENENTECH, INC.<br><br>         Defendant. | Civil Action No. 22-cv-00145-MN-JLH |

## STIPULATION EXTENDING CERTAIN DISCOVERY DEADLINES

The parties agree, subject to the approval of the Court, that the deadlines for the parties to complete fact depositions and to serve final infringement and invalidity contentions, are extended as set out below. *See* D.I. 24, 92. Pursuant to Local Rule 16.4, counsel for both parties has sent a copy of this request to their respective clients and believe it is necessary in order to complete fact discovery, including certain depositions that had to be scheduled outside the current close of fact discovery due to witness availability. No other modifications are being made to the schedule.

| Event | Current Deadline | New Deadline |
|---|---|---|
| Fact Discovery Cut-Off | May 12, 2023 | June 7, 2023 |
| Final Infringement and Invalidity Contentions | June 2, 2023 | June 9, 2023 |
| Final Validity and Noninfringement Contentions | June 23, 2023 | June 28, 2023 |

SO ORDERED this \_\_\_\_ day of _____, 2023.

_____
United States District Judge

| | |
|---|---|
| Dated: May 12, 2023 | Respectfully submitted, |
| FARNAN LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Brian E. Farnan* <br> Brian E. Farnan (#4089) <br> Michael J. Farnan (#5165) <br> 919 North Market Street, 12th Floor <br> Wilmington, DE  19801 <br> (302) 777-0300 <br> bfarnan@farnanlaw.com <br> mfarnan@farnanlaw.com <br><br> *Attorneys for Plaintiff The Trustees of the University of Pennsylvania* | */s/ Karen Jacobs* <br> Karen Jacobs (#2881) <br> Derek J. Fahnestock (#4705) <br> Cameron P. Clark (#6647) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> kjacobs@morrisnichols.com <br> dfahnestock@morrisnichols.com <br> cclark@morrisnichols.com <br><br> *Attorneys for Defendant Genentech, Inc.* |