IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 22-145-JLH ) |
| GENENTECH, INC., | ) ) ) |
| Defendant. | ) |

## STIPULATION CONCERNING EXPERT DEPOSITIONS

The parties, subject to the Court's approval, agree to extend the deadline for the depositions of Vijayakrishna K. Gadi, M.D., Ph.D., Laurentius Marais, Ph.D., and Phillip Johnson from September 24, 2024 to October 31, 2024.

Dated: September 24, 2024

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (#4089)
Michael J. Farnan (#5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiff The Trustees of the University of Pennsylvania*

Respectfully submitted,

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Karen Jacobs
Karen Jacobs (#2881)
Derek J. Fahnestock (#4705)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
kjacobs@morrisnichols.com
dfahnestock@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Defendant Genentech, Inc.*

IT IS SO ORDERED this  27th  day of September, 2024.

_____
The Honorable Jennifer L. Hall
United States District Judge