# FARNAN LLP

January 16, 2025

**VIA E-FILING**
The Honorable Jennifer L. Hall
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

    Re:    *The Trustees of the University of Pennsylvania v. Genentech, Inc.*
             **C.A. 22-cv-145-JLH**

Dear Judge Hall:

    I write on behalf of both parties regarding the hearing on the pending case dispositive and *Daubert* motions in the above captioned case, which has been scheduled for January 17, 2025 at 1:00 p.m. D.I. 184, 199. The following motions are currently pending:

1. Plaintiff's Motion No. 1 for Summary Judgment of No Invalidity Under Sections 102(a) or (b) Based on the "Pietras Work" (D.I. 232);
2. Plaintiff's Motion No. 2 for Summary Judgment of No Invalidity Under Section 102(g)(2) Based on Prior Invention (D.I. 233);
3. Plaintiff's Motion No. 3 for Summary Judgment of No Anticipation Under Section 102(b) by Pietras 1994 (D.I. 231);
4. Plaintiff's Motion No. 4 for Summary Judgment of No Equitable Estoppel or Implied License (D.I. 230);
5. Plaintiff's Motion No. 5 to Exclude Certain Opinions of Genentech's Expert Philip Johnson Under Fed. R. Evid. 702 (D.I. 227);
6. Plaintiff's Motion No. 6 to Exclude Certain Opinions of Genentech's Expert Carla Mulhern Under Fed. R. Evid. 702 (D.I. 229);
7. Plaintiff's Motion No. 7 to Exclude Certain Opinions of Genentech's Experts Rachel Blitzblau and Vijayakrishna K. Gadi Under Fed. R. Evid 702 (D.I. 228);
8. Defendant's Motion for Summary Judgment of Invalidity for Lack of Enablement and Written Description (D.I. 217);
9. Defendant's Motion for Summary Judgment of No Induced Infringement (D.I. 218);
10. Defendant's Motion to Exclude in Part Expert Testimony of Daniel Troy and Robert Hrubiec (D.I. 219); and
11. Defendant's Motion to Exclude In Part Expert Testimony of James Malackowski (D.I. 220).

    Absent further guidance from the Court, Penn intends to use its time at the January 17 hearing to address the following motions:

- Plaintiff's Motion No. 1 for Summary Judgment of No Invalidity Under Sections 102(a) or (b) Based on the "Pietras Work" (D.I. 232);

- Plaintiff's Motion No. 2 for Summary Judgment of No Invalidity Under Section 102(g)(2) Based on Prior Invention (D.I. 233);
- Plaintiff's Motion No. 4 for Summary Judgment of No Equitable Estoppel or Implied License (D.I. 230);
- Plaintiff's Motion No. 6 to Exclude Certain Opinions of Genentech's Expert Carla Mulhern Under Fed. R. Evid. 702 (D.I. 229); and
- Plaintiff's Motion No. 5 to Exclude Certain Opinions of Genentech's Expert Philip Johnson Under Fed. R. Evid. 702 (D.I. 227).

Genentech intends to argue the following motions:

- Defendant's Motion for Summary Judgment of Invalidity for Lack of Enablement and Written Description (D.I. 217); and
- Defendant's Motion for Summary Judgment of No Induced Infringement (D.I. 218).

    The parties propose that, subject to the Court's preference, they alternate in presenting the motions identified above, with Penn requesting to go first. Of course, should the Court have any questions regarding the other pending motions, the parties will be prepared to address them.

    The parties are available at the Court's convenience should Your Honor have any questions.

Respectfully submitted,

/s/ Brian E. Farnan

Brian E. Farnan

cc: Counsel of Record (Via E-Filing)