# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, | )<br>)<br>) |
| Plaintiff and Counter-Defendant, | )<br>)<br>) C.A. No. 22-cv-145-JLH |
| v. | )<br>) **JURY TRIAL DEMANDED** |
| GENENTECH, INC., | )<br>)<br>) |
| Defendant and Counter-Claimant. | ) |

**STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL SCHEDULE**

Whereas Plaintiff, the Trustees of the University of Pennsylvania ("Penn" or "Plaintiff"), and defendant, Genentech, Inc. ("Genentech" or "Defendant") desire to enter a schedule for the parties' exchanges for the pretrial order;

Now, therefore, the parties stipulate and respectfully request that the Court set the following pretrial schedule[1]:

---

[1] Genentech intends to ask the Court to schedule a two-day bench trial on equitable estoppel, implied license, and other equitable issues to take place prior to any jury trial. Genentech agrees to the following deadlines for the pretrial-order exchanges without prejudice to this future request. Penn does not waive its right to a jury trial under the Seventh Amendment and intends to oppose Genentech's request.

| Event(s) | Proposed Date |
|---|---|
| Plaintiff provides:<br>- Draft of cover pleading for the Joint Proposed Pretrial Order<br>- Ex. 1 – Draft of parties' Joint Statement of Uncontested Facts<br>- Ex. 2 – Plaintiff's draft Statement of Contested Facts for issues on which Plaintiff bears the burden of proof<br>- Ex. 4 – Plaintiff's draft Statement of Contested Issues of Law for issues on which Plaintiff bears the burden of proof<br>- Ex. 9 – Plaintiff's Witness List<br>- Ex. 11 – Plaintiff's Deposition Designations (in excel and in PDF with Plaintiff's Designations in yellow editable highlighting)<br>- Ex. 15 - Plaintiff's Brief Statement of Intended Proofs<br>Defendant provides:<br>- Ex. 3 – Defendant's draft Statement of Contested Facts for issues on which Defendant bears the burden of proof<br>- Ex. 5 – Defendant's draft Statement of Contested Issues of Law for issues on which Defendant bears the burden of proof<br>- Ex. 10 – Defendant's Witness List<br>- Ex. 12 – Defendant's Deposition Designations (in excel and in PDF with Defendant's Designations in blue editable highlighting)<br>- Ex. 16 – Defendant's Brief Statement of Intended Proofs | February 10, 2025<br><br>(LR 16.3(d)(1) – plaintiff to provide draft pre-trial order no less than 30 days before filing) |

| Event(s) | Proposed Date |
|---|---|
| Plaintiff provides:<br><br>• Ex. 7 – Plaintiff's Trial Exhibit List (in excel format) (inclusive of affirmative and rebuttal exhibits) and unbranded electronic copies of the exhibits<br>• Draft preliminary jury instructions<br>• Draft final jury instructions<br>• Draft voir dire form<br>• Draft verdict form<br><br>Defendant provides:<br><br>• Ex. 8 – Defendant's Trial Exhibit List (in excel format) (inclusive of affirmative and rebuttal exhibits) and unbranded electronic copies of the exhibits | February 14, 2025 |
| Parties to file joint status report on settlement | February 14, 2025<br>(Set by Court. D.I. 303.) |
| Plaintiff may supplement its Deposition Designations (Ex. 11) to add additional testimony relating to issues on which Defendant bears the burden of proof<br><br>Defendant may supplement its Deposition Designations (Ex. 12) to add additional testimony relating to issues on which Plaintiff bears the burden of proof. | February 19, 2025 |

| Event(s) | Proposed Date |
|---|---|
| Plaintiff provides:<br><br>- Ex. 2 – <u>Revisions</u> to Plaintiff's Statement of Contested Facts (responsive to Defendant's Statement of Contested Facts for issues on which Defendant bears the burden)<br>- Ex. 4 – <u>Revisions</u> to Plaintiff's Statement of Contested Issues of Law (responsive to Defendant's Statement of Contested Issues of Law for issues on which Defendant bears the burden)<br>- Ex. 8 – Plaintiff's objections to Defendant's exhibits (in excel)<br>- Ex. 10 – Plaintiff's objections to Defendant's Witness List<br>- Ex. 15 - <u>Revisions</u> to Plaintiff's Brief Statement of Intended Proofs (responsive to Defendant's Brief Statement of Intended Proofs)<br>- Topics for motions *in limine*<br><br>Defendant provides:<br><br>- <u>Revisions</u> to the cover pleading for Joint Proposed Pretrial Order<br>- Ex. 1 – <u>Revisions</u> to Parties' Joint Statement of Uncontested Facts<br>- Ex. 3 – <u>Revisions</u> to Defendant's Statement of Contested Facts (responsive to Plaintiff's Statement of Contested Issues of Fact for issues on which Plaintiff bears the burden)<br>- Ex. 5 – <u>Revisions</u> to Defendant's Statement of Contested Issues of Law (responsive to Plaintiff's Statement of Contested Issues of Law for issues on which Plaintiff bears the burden)<br>- Ex. 7 – Defendant's objections to Plaintiff's exhibits (in excel)<br>- Ex. 9 – Defendant's objections to Plaintiff's Witness List<br>- Ex. 16 - <u>Revisions</u> to Defendant's Brief Statement of Intended Proofs (responsive to Plaintiff's Brief Statement of Intended Proofs)<br>- Topics for motions *in limine* | February 24, 2025<br><br>(LR 16.3(d)(2) – defendant to provide response to draft pretrial order no less than 14 days before filing) |

4

| Event(s) | Proposed Date |
|---|---|
| Meet and confer regarding appropriate scope of testimony for expert witnesses Mssrs. Johnson, Troy, and Hrubiec; topics for motions *in limine*; exhibit lists; witness lists; and, other issues regarding Joint Pretrial Order | February 27, 2025<br><br>(LR 16.3(d)(3) – parties shall meet and confer after exchanges) |
| Plaintiff provides:<br><br>- Ex. 6 – Joint Trial Exhibit List (in excel format) and copies of stamped exhibits (whereby each page is endorsed with the exhibit number and the page number—*e.g.*, JTX0001.001)<br>- Ex. 7 – Copies of stamped Plaintiff's exhibits (whereby each page is endorsed with the exhibit number and the page number—*e.g.*, PTX0001.001)<br>- Ex. 12 – Plaintiff's objections and counter-designations to Defendant's Deposition Designations (in excel and in PDF with Plaintiff's Counter Designations in orange editable highlighting)<br>- Ex. 13 – Motion(s) *in limine*. Each side is limited to three motions *in limine*. (D.I. 184 at ¶ 12). Each motion *in limine* may be supported by a maximum of three (3) pages of argument. (D.I. 184 at ¶ 12).<br>- Draft status letter on appropriate scope of testimony for expert witnesses Mssrs. Johnson, Troy, and Hrubiec, with any remaining disputes regarding the testimony of those experts in no more than 5 pages, single spaced. (D.I. 303.)<br><br>Defendant provides:<br><br>- Ex. 8 – Copies of stamped Defendant's exhibits (whereby each page is endorsed with the exhibit number and the page number—*e.g.*, DTX0001.001)<br>- Ex. 11 – Defendant's objections and counter-designations to Plaintiff's Deposition Designations (in excel and in pdf with Defendant's counter designations in green editable highlighting)<br>- Ex. 14 –Motion(s) *in limine*. Each side is limited to three motions *in limine*. (D.I. 184 at ¶ 12). Each motion *in limine* may be supported by a maximum of three (3) pages of argument. (D.I. 184 at ¶ 12). | March 3, 2025 |

| Event(s) | Proposed Date |
|---|---|
| Defendant provides:<br><br>• Response to Plaintiff's draft preliminary jury instructions<br>• Response to Plaintiff's draft final jury instructions<br>• Response to Plaintiff's draft voir dire form<br>• Response to Plaintiff's draft verdict form | March 5, 2025 |
| Plaintiff provides:<br><br>• Ex. 14 – Responsive brief(s) to motion(s) *in limine*. Each motion *in limine* may be opposed by a maximum of three (3) pages of argument. (D.I. 184 at ¶ 12).<br>• Ex. 17 – Plaintiff provides its list of additional miscellaneous issues regarding the joint pretrial order<br><br>Defendant provides:<br><br>• Ex. 13 – Responsive brief(s) to motion(s) *in limine*. Each motion *in limine* may be opposed by a maximum of three (3) pages of argument (D.I. 184 at ¶ 12).<br>• Ex. 18 – Defendant provides its list of additional miscellaneous issues regarding the joint pretrial order<br>• Response to draft status letter on appropriate scope of testimony for expert witnesses Mssrs. Johnson, Troy, and Hrubiec, with any remaining disputes regarding the testimony of those experts in no more than 5 pages, single spaced. (D.I. 303.) | March 10, 2025 |

| Event(s) | Proposed Date |
|---|---|
| Plaintiff provides:<br><br>• Ex. 11 – Plaintiff's objections to counter-designations and counter-counter-designations (in excel and in PDF with Plaintiff's counter-counter designations in pink editable highlighting).<br>• Ex. 13 – Reply brief(s) to motion(s) *in limine*. Reply briefs in support of a motion *in limine* may be a maximum of one (1) page of argument. (D.I. 184 at ¶ 12)<br>• Reply to Defendant's edits to draft preliminary jury instructions<br>• Reply to Defendant's edits to draft final jury instructions<br>• Reply to Defendant's edits to draft voir dire form<br>• Reply to Defendant's edits to draft verdict form<br><br>Defendant provides:<br><br>• Ex. 12 – Defendant's objections to counter-designations and counter-counter designations (in excel and in pdf with Defendant's counter designations in purple editable highlighting)<br>• Ex. 14 – Reply brief(s) to motion(s) *in limine*. Reply briefs in support of a motion *in limine* may be a maximum of one (1) page of argument. (D.I. 184 at ¶ 12) | March 14, 2025 |
| Meet and confer on any outstanding issues. | March 14, 2025 |
| File Joint Proposed Pretrial Order, Jury Materials, and Joint Status Letter | March 17, 2025<br><br>(Previously set by Court and unchanged. D.I 184 at 10; D.I. 200); D.I. 303; *see also* LR 16.3(d)(4).) |
| Pretrial Conference | March 24, 2025<br><br>(Previously set by Court and unchanged. D.I. 184 at 10; D.I. 200.) |

All service and exchange deadlines are 8pm ET unless otherwise noted.

For reference, the Exhibits ("Ex.") that would accompany the Joint Proposed Pretrial Order and are mentioned above include:

| Exhibit No. | Description |
|---|---|
| **Exhibit 1** | Joint Statement of Uncontested Facts |
| **Exhibit 2** | Plaintiff's Statement of Contested Facts |
| **Exhibit 3** | Defendant's Statement of Contested Facts |
| **Exhibit 4** | Plaintiff's Statement of Contested Issues of Law |
| **Exhibit 5** | Defendant's Statement of Contested Issues of Law |
| **Exhibit 6** | Joint Trial Exhibit List (JTX) |
| **Exhibit 7** | Plaintiff's Trial Exhibit List (PTX) (with Defendant's objections) |
| **Exhibit 8** | Defendant's Trial Exhibit List (DTX) (with Plaintiff's objections) |
| **Exhibit 9** | Plaintiff's Witness List (including Defendant's objections) |
| **Exhibit 10** | Defendant's Witness List (including Plaintiff's objections) |
| **Exhibit 11** | Plaintiff's Deposition Designations (including Defendant's objections and counter-designations and Plaintiff's objections to counter-designations and counter-counter-designations) |
| **Exhibit 12** | Defendant's Deposition Designations (including Plaintiff's objections and counter-designations and Defendant's objections to counter-designations and counter-counter-designations) |
| **Exhibit 13A** | Plaintiff's Motion *in Limine* No. 1 (including Defendant's opposition and Plaintiff's reply) |
| **Exhibit 13B** | Plaintiff's Motion *in Limine* No. 2 (including Defendant's opposition and Plaintiff's reply) |
| **Exhibit 13C** | Plaintiff's Motion *in Limine* No. 3 (including Defendant's opposition and Plaintiff's reply) |
| **Exhibit 14A** | Defendant's Motion *in Limine* No. 1 (including Plaintiff's opposition and Defendant's reply) |
| **Exhibit 14B** | Defendant's Motion *in Limine* No. 2 (including Plaintiff's opposition and Defendant's reply) |
| **Exhibit 14C** | Defendant's Motion *in Limine* No. 3 (including Plaintiff's opposition and Defendant's reply) |
| **Exhibit 15** | Plaintiff's Brief Statement of Intended Proofs |
| **Exhibit 16** | Defendant's Brief Statement of Intended Proofs |
| **Exhibit 17** | Plaintiff's list of additional miscellaneous issues regarding the joint pretrial order |
| **Exhibit 18** | Defendant's list of additional miscellaneous issues regarding the joint pretrial order |

| | |
|---|---|
| Dated: February 10, 2025 | Respectfully submitted, |
| FARNAN LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Michael J. Farnan*<br>Brian E. Farnan (#4089)<br>Michael J. Farnan (#5165)<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 777-0300<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>*Attorneys for Plaintiff The Trustees of the University of Pennsylvania* | */s/ Karen Jacobs*<br>Karen Jacobs (#2881)<br>Derek J. Fahnestock (#4705)<br>Cameron P. Clark (#6647)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>kjacobs@morrisnichols.com<br>dfahnestock@morrisnichols.com<br>cclark@morrisnichols.com<br><br>*Attorneys for Defendant Genentech, Inc.* |

SO ORDERED this 10th day of February 2025.

_____
The Honorable Jennifer L. Hall
United States District Judge

9