# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA<br><br>Plaintiff,<br><br>v.<br><br>GENENTECH, INC.<br><br>Defendant. | Civil Action No. 22-cv-145-JLH<br><br>**FILED UNDER SEAL** |

## JOINT STATUS REPORT

Pursuant to Court's January 17, 2025 Order in the above-captioned case (D.I. 303) and the Court's guidance given during the January 17, 2025 hearing (D.I. 304), Plaintiff The Trustees of the University of Pennsylvania ("Plaintiff" or "Penn") and Defendant Genentech, Inc. ("Defendant" or "Genentech") submit this Joint Status Report.

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■■■■■■■■ As of the filing of this status report, the parties have not yet reached agreement on settlement terms. ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

| | |
|---|---|
| Dated: February 14, 2025 | Respectfully submitted, |
| FARNAN LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ Brian E. Farnan<br>Brian E. Farnan (#4089)<br>Michael J. Farnan (#5165)<br>919 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>(302) 777-0300<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>*Attorneys for Plaintiff The Trustees of the University of Pennsylvania* | /s/ Karen Jacobs<br>Karen Jacobs (#2881)<br>Derek J. Fahnestock (#4705)<br>Cameron P. Clark (#6647)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>kjacobs@morrisnichols.com<br>dfahnestock@morrisnichols.com<br>cclark@morrisnichols.com<br><br>*Attorneys for Defendant Genentech, Inc.* |