# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200
(302) 658-3989 FAX

**Karen Jacobs**
(302) 351-9227
kjacobs@morrisnichols.com

March 4, 2025

The Honorable Jennifer L. Hall             *VIA ELECTRONIC FILING*
J. Caleb Boggs Federal Building             *AND HAND DELIVERY*
844 N. King Street, Unit 17 F
Room 6312
Wilmington, DE 19801-3555

Re: <u>The Trustees of the University of Pennsylvania v. Genentech, Inc.</u>, C.A. No. 22-145 (JLH)

Dear Judge Hall:

    We represent Defendant Genentech in the above-captioned matter. Yesterday, the Court entered its Order addressing the parties' summary judgment and *Daubert* motions, D.I. 315 (the "Order"). Genentech respectfully submits that a clerical correction is warranted to the Order with respect to the ruling on Genentech's Motion for Summary Judgment of Invalidity for Lack of Enablement and Written Description (D.I. 217):

    The Order ruled that Genentech's motion was "GRANTED as to claims 8, 13, 35, 55, 60, 68, 74, 79, 81, 84, and 86 of U.S. Patent No. 7,625,558 and DENIED as to claims 73, 83, and 88."

    That listing of claims omits claims 15 and 63, which were also the subject of Genentech's motion. *See* D.I. 217. Genentech sought summary judgment of invalidity of claims 15 and 63 in the same portions of its motion directed to the now-invalidated claims 8, 13, 35, 55, 60, 68, 74, 79, 81, 84, and 86. *See* D.I. 222 at 14-17. Neither claim has a structural limitation, *i.e.*, they are not grouped with claims 73, 83, and 88. *See id.* Plaintiff Penn likewise addressed claims 15 and 63 in the grouping of claims that was otherwise invalidated by the Order. *See* D.I. 261 at 13-17.

    Genentech thus respectfully requests that the Court re-issue the Order reflecting that Genentech's motion was "GRANTED as to claims 8, 13, **15,** 35, 55, 60, **63**, 68, 74, 79, 81, 84 and 86 and DENIED as to claims 73, 83, and 88." (proposed alterations in bold underline)

    To the extent that the Court has questions, Genentech is available at the Court's convenience.

Respectfully,

*/s/ Karen Jacobs*

Karen Jacobs (#2881)