**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GENENTECH, INC.,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 22-145-JLH<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant, hereby stipulate and agree, through their undersigned counsel, that all claims and counterclaims between the parties in the above-captioned action are hereby dismissed with prejudice, with each party to bear its own costs, fees and expenses incurred in relation to this action.

Dated: March 13, 2025

FARNAN LLP

/s/ Michael J. Farnan
Brian E. Farnan (#4089)
Michael J. Farnan (#5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiff The Trustees of the University of Pennsylvania*

Respectfully submitted,

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Karen Jacobs
Karen Jacobs (#2881)
Derek J. Fahnestock (#4705)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
kjacobs@morrisnichols.com
dfahnestock@morrisnichols.com
cclark@morrisnichols.com
*Attorneys for Defendant Genentech, Inc.*

IT IS SO ORDERED this 14th day of March, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　　
The Honorable Jennifer L. Hall
United States District Judge