# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>GENENTECH, INC., <br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 22-145-JLH<br>)<br>)<br>)<br>) |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant, hereby stipulate and agree, through their undersigned counsel, that all claims and counterclaims between the parties in the above-captioned action are hereby dismissed with prejudice, with each party to bear its own costs, fees and expenses incurred in relation to this action.

Dated: March 13, 2025

FARNAN LLP

*/s/ Michael J. Farnan*
Brian E. Farnan (#4089)
Michael J. Farnan (#5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiff The Trustees of the University of Pennsylvania*

Respectfully submitted,

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs*
Karen Jacobs (#2881)
Derek J. Fahnestock (#4705)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
kjacobs@morrisnichols.com
dfahnestock@morrisnichols.com
cclark@morrisnichols.com
*Attorneys for Defendant Genentech, Inc.*

IT IS SO ORDERED this 14th day of March, 2025.

_____
The Honorable Jennifer L. Hall
United States District Judge